Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Deborah Sommer

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| DEBORAH SOMMER,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANK OF OMAHA,<br><br>Defendant. | Case No.: 2:18-cv-00394-JAM-DB<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT FIRST NATIONAL BANK OF OMAHA; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Deborah Sommer and defendant First National Bank of Omaha, that First National Bank of Omaha be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: August 2, 2018          **SAGARIA LAW, P.C.**

                               By:  */s/ Elliot W. Gale*
                               Elliot W. Gale
                               Attorneys for Plaintiff
                               Deborah Sommer

DATED: August 2, 2018          **ROONEY LAW**

                               By:  */s/ Cory Rooney*
                               Cory Rooney
                               Attorneys for Defendant
                               First National Bank of Omaha

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Cory Rooney has concurred in this filing.

*/s/ Elliot Gale*

2

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT FIRST NATIONAL BANK OF OMAHA